IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *In re Malibu Media Copyright Infringement Litigation*, / | No. C 16-01615 WHA<br>No. C 16-01617 WHA<br>No. C 16-01620 WHA<br>No. C 16-01623 WHA<br>No. C 16-01625 WHA<br>No. C 16-01630 WHA<br>No. C 16-01634 WHA<br><br>**ORDER TO SHOW CAUSE** |

The return date on the subpoena served on defendant's Internet provider has long passed in each of the above-captioned actions, and Malibu Media has not provided notice that it received a response from the Internet provider or sought relief with regard to the subpoena. Nor has Malibu Media otherwise indicated that it has served defendant. By **THURSDAY, OCTOBER 6 AT NOON**, Malibu Media shall **SHOW CAUSE**, in writing, why this action should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: September 23, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE